IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:24-CV-725

ROBERT E. JERABECK, )
)
    Plaintiff, )
)
v. ) ORDER FOR LEAVE TO FILE BY
) PAPER FORM
)
SEAN T. DALE, NEW HANOVER )
COUNTY, et al., )
)
    Defendants. )

## ORDER

It appearing to the Court that good cause has been shown by counsel for Plaintiff for the Court to allow counsel to file in paper form his Notice of Appearance and Fed.R.Civ..P. 7.1 and Local Civil Rule 7.3 Disclosure pursuant to Local Rule 5.3(b)(4);

NOW, THEREFORE, IT IS ORDERED by the Court that the Petitioner be allowed to file Notice of Appearance and Fed.R.Civ..P. 7.1 and Local Civil Rule 7.3 Disclosure, pursuant to Local Rule 5.3(b)(4), in paper form.

This the 4th day of September, 2024.

*Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge