IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-cv-00725-FL

| | |
|---|---|
| ROBERT T. JERABEK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEAN T. DALE, NEW HANOVER )<br>COUNTY, THE HONORABLE EDWARD J. )<br>MCMAHON, SHERIFF OF NEW )<br>HANOVER COUNTY, JUSTIN P. KRAFT, )<br>TYLER K. MARTIN, TIMOTHY W. )<br>WILSON, and THE OHIO CASUALTY )<br>INSURANCE COMPANY, )<br>)<br>Defendants. ) | **ORDER** |

THIS CAUSE is before the undersigned on Defendants' joint motion to stay discovery pending completion of the Rule 26(f) conference. Upon consideration of the evidentiary record and the parties arguments, the Court finds Defendants' motion to be well-founded and the same is hereby GRANTED.

The discovery requested plaintiff served on defendants are hereby nullified. Additionally, the parties discovery obligations are hereby STAYED until such time as the Court has issued a scheduling order. Thereafter, the parties shall conduct discovery pursuant to the terms thereof.

SO ORDERED, this the 3rd day of October, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge