IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT E. JERABEK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEAN T. DALE, NEW HANOVER )<br>COUNTY, THE HONORABLE )<br>EDWARD J. MCMAHON in his capacity )<br>as NEW HANOVER COUNTY )<br>SHERIFF, JUSTIN P. KRAFT, TYLER K. )<br>MARTIN, TIMOTHY W. WILSON and )<br>THE OHIO CASUALTY INSURANCE )<br>COMPANY, )<br>)<br>Defendants. | CASE NO: 7-24-CV-00725-FL |

## ORDER EXTENDING TIME TO RESPOND TO DISCOVERY

This cause being heard by the undersigned Clerk of Court on Motion of the Plaintiff, Robert E. Jerabek, for an order extending time in which to respond to Defendant Edward McMahon's First Set of Interrogatories, Request for Production Documents and Request for Admissions, pursuant to Rule 6 of the Rules of Civil Procedure; and it appearing to the Court that the time allowed has not expired and that the Motion should be allowed.

IT IS THEREFORE ORDERED that the time for Plaintiff, Robert E. Jerabek to respond to Defendant Edward McMahon's First Set of Interrogatories, Request for Production Documents and Request for Admissions be extended to and including April 11, 2025.

This the _____ day of March, 2025.

_____
U.S. District Court Clerk